# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| X-MOBILE TECHNOLOGIES LLC,<br><br>      Plaintiff,<br>  v.<br><br>APPLE INC.,<br>      Defendant. | Civil Action No.: 4:17-cv-702<br>Judge Mazzant |
| X-MOBILE TECHNOLOGIES LLC,<br><br>      Plaintiff,<br>  v.<br><br>AMAZON.COM, INC. AND AMAZON.COM LLC,<br><br>      Defendants. | Civil Action No.: 4:17-cv-703<br>Judge Mazzant |
| X-MOBILE TECHNOLOGIES LLC,<br><br>      Plaintiff,<br>  v.<br><br>LENOVO GROUP, LTD.,<br><br>      Defendant. | Civil Action No.: 4:17-cv-700<br>Judge Mazzant |
| X-MOBILE TECHNOLOGIES LLC,<br><br>      Plaintiff,<br>  v.<br>ZTE CORPORATION, ZTE (TX), INC., and ZTE (USA) INC.,<br>      Defendants. | Civil Action No.: 4:17-cv-696<br>Judge Mazzant |

## **ORDER GRANTING JOINT MOTION TO AMEND THE ORDER GOVERNING PROCEEDINGS**

Pending before the Court is the parties' Joint Motion to Amend the Order Governing Proceedings (Dkt. #25). After reviewing the relevant pleadings, the Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that the parties' respective schedules are placed on the same schedule governed by the Order Governing Proceedings entered by the Court on February 20, 2018, in the related cases 4-17cv-695, 4-17cv-697, 4-17cv-698, 4-17cv-699, and 4-17cv-701.

The Scheduling Conference of this case is RESET to **Thursday, April 19, 2018, at 9:00 a.m.**

**SIGNED this 9th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE